IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Docket No. CR 3-02-052-01 |
| ) | |
| ) | |
| ALMA LYDIA FLORES CAPISTRAN DE SHEROUSE ) | |

ORDER FOR EARLY TERMINATION

The above named defendant commenced a 3-year term of probation on February 7, 2003. Based upon the recommendation of the U. S. Probation Officer, and for good cause shown, it is hereby ordered that the defendant, Alma Lydia Flores Capistran De Sherouse, is discharged from probation and that the proceedings in this case be terminated.

Dated this _11th_ day of _January_, 2005

The Honorable Walter Herbert Rice
U. S. District Court Judge