IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff(s)

Case Number: CR-3-02-052- 01

vs

ALMA SHEROUSE

Defendant(s)

---

### CLERK'S REQUEST TO RELEASE PASSPORT

---

It appearing to the Court that the case against said defendant, Alma Sherouse, has been resolved being that the Judgment and Commitment was filed on February 2, 2003 and defendants motion for early termination of probation has been granted on 1/12/05.

The Clerk requests permission to return the passport forfeited to this court.

JAMES BONINI, CLERK

By_____
     Financial Deputy

**IT IS SO ORDERED:**

_____
**WALTER H. RICE,**
**UNITED STATES DISTRICT JUDGE**